IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR70

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>RALPH AVANT   (4)<br>        Defendant. | **ORDER GRANTING**<br>**PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendant Ralph Avant, to allow **Joenathan S. Chaplin** to appear *Pro Hac Vice*, filed August 14, 2006 [doc. #432].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Chaplin has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 18, 2006

Graham C. Mullen
United States District Judge